IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00227-MJW

JOYCE RIVERA,

Plaintiff,

v.

STATE FARM MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Motion to Amend Caption (Docket No. 12) is GRANTED; and

- The Clerk of Court is DIRECTED to amend the caption in this case such that the Defendant is "State Farm Mutual Automobile Insurance Company".

Date: February 24, 2016