# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   16-cv-00227-MSK-MJW          FTR - Courtroom A-502

**Date:**   March 28, 2016                          Courtroom Deputy, Ellen E. Miller

<u>Parties</u>                                      <u>Counsel</u>

JOYCE RIVERA,                                      Julius F. Harms, III

    Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE                       Katelyn S. Werner
INSURANCE COMPANY,

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   1:55 p.m.
Court calls case. Appearances of counsel.

Counsel tenders to the Court two copies of their proposed Stipulated Protective Order as to State Farm Data.

**It is ORDERED:**   One copy of the parties' Stipulated Protective Order as to State Farm Data shall be filed by the Clerk of the Court as a MOTION.
One copy of the parties' Stipulated Protective Order as to State Farm Data shall be filed by the Clerk of the Court as a the proposed STIPULATED PROTECTIVE ORDER.
The MOTION is **GRANTED** and the Stipulated Protective Order is signed and entered as of this date.

The following will confirm the actions taken and dates set at the scheduling conference held this date:

Parties shall complete its Fed. R. Civ. P. 26(a)(1) disclosures **on or before   APRIL 01, 2016**

Joinder of Parties/Amendment to Pleadings:   **MAY 01, 2016**

Discovery Cut-off:   **AUGUST 31, 2016**

Dispositive Motions Deadline:   **SEPTEMBER 30, 2016**

Each side shall be limited to three (3) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before     JUNE 27, 2016**
Parties shall designate rebuttal experts   **on or before    JULY 27, 2016**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before    **JULY 28, 2016**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production,   and   twenty-five (25) Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions, including experts.   Each deposition shall be limited  to  one (1) day of a maximum of five (5) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than  AUGUST 31, 2016.**
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits  or Defendant Exhibits.  Parties shall not use any duplicative exhibits.

Any  **FINAL PRETRIAL CONFERENCE**,  **TRIAL PREPARATION CONFERENCE,**  and **TRIAL** will be set by Chief Judge Marcia S. Krieger at a future date.
The parties anticipate a five (5) day trial to a jury.
● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

Parties are reminded that everyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification and be subject to security procedures. *See* D.C.COLO.LCivR 83.2. Failure to comply with the identification requirement and security procedures will result in denial of entry into the Alfred A. Arraj United States Courthouse.

**[X]**    Scheduling Order is signed and entered  with interlineations   **MARCH 28, 2016**

Hearing concluded.

**Court in recess:**    2:14 p.m.
Total in-court time: 00:19

To order a transcript of this proceedings, contact Stevens-Koenig Reporting (303) 988-8470